248

SCARBOROUGH APARTMENTS, INC., ET AL., PLAINTIFFS-RESPONDENTS, v. CITY OF ENGLEWOOD, DEFENDANT-PETITIONER.

*Mr. LeRoy B. Huckin* for the petitioner.

*Mr. George I. Marcus* and *Mr. James A. Major* for the respondents.

December 3, 1951.   Granted.

HOUSTON PETROLEUM CO., PLAINTIFF-RESPONDENT, v. AUTOMOTIVE PRODUCTS CREDIT ASSOCIATION, INC., DEFENDANT-PETITIONER.

See same case below: 83 *A. 2d* 239.

*Messrs. Stein & Stein* and *Mr. William C. Nowels* for the petitioner.

*Messrs. Koestler & Koestler* for the respondent.

December 3, 1951.   Granted.